UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KELLY NEWLIN,

    Plaintiff,

v.

KEVIN HIGGINS,

    Defendant.

Case No. 05-cv-4225-JPG

## JUDGMENT

**Decision by Court.** This matter having come before the Court upon plaintiff's notice of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff against defendant Kevin Higgins are **DISMISSED with prejudice and without costs**.

**DATE: October 25, 2007**

                                            **NORBERT G. JAWORSKI, CLERK**

                                            **By:s/Deborah Agans,  Deputy Clerk**

**APPROVED:** s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **U.S. District Judge**